

# NUMBER 13-21-00137-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MIRIAM ARACELY HERNANDEZ,                                              Appellant,

v.

VELMEJ INVESTMENTS, LLC,                                               Appellee.

## On appeal from the County Court at Law No. 4
## of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina**
**Memorandum Opinion by Justice Benavides**

Appellant, Miriam Aracely Hernandez, attempted to perfect an appeal from an order entered by the County Court at Law No. 4 of Hidalgo County, Texas, in cause no. CL-19-2933-D. Upon review of the documents before the Court, it appeared that the order from which this appeal was taken was not a final appealable order. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could

be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* 42.3(a), (c). Accordingly, the appeal is dismissed for want of jurisdiction. *See id.*

GINA M. BENAVIDES
Justice

Delivered and filed on the
16th day of September, 2021.